IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-mj-00022-TPO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAN DESIDERIO PAVON-ANDINO,

    Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of Adan Desiderio PAVON-Andino, YOB: 1994, A205 924 547, now confined in the Denver Contract Detention Facility (Aurora): 3130 North Oakland Street, Aurora, CO 80010, before a United States Magistrate Judge, sitting at Denver, Colorado, on 02/21/2025 in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings on 02/21/2025 in the above-entitled case in the United States District Court for the District of

Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this 19th day of February, 2025.

BY THE COURT:

s/G. Gillen
CLERK, UNITED STATES DISTRICT COURT